UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| LISA HARPER | CIVIL ACTION NO. 19-cv-0527 |
|---|---|
| VERSUS | JUDGE JUNEAU |
| LISA GRIFFIN | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. 6], being unopposed and well-grounded in law and fact, is GRANTED, and the plaintiff's claims in this matter are DENIED AND DISMISSED WITHOUT PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of September, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE